

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

No. 04-20-00129-CV

Guangcun **HUANG,**
Appellant

v.

Linman **CHANG,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

On October 11, 2021, appellant's counsel filed an Unopposed Agreed Motion to Withdraw as Counsel for Guangcun Huang. The motion, which is signed by appellant, states appellant has agreed to his attorney's withdrawal and that appellee is unopposed to the requested relief. The motion also satisfies the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5. Accordingly, we **GRANT** the motion and **ORDER** attorney Jessica Lambert withdrawn as counsel for appellant.

It is so **ORDERED** on this 12th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court